# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **KENDRA KUMPULA, Individually and For Others Similarly Situated**<br><br>v.<br><br>**VHS OF MICHIGAN, INC. d/b/a DETROIT MEDICAL CENTER** | Case No. 5:23-cv-12448-JEL-EAS<br><br>Hon. Judith E. Levy<br>Mag. Judge Elizabeth A. Stafford |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kendra Kumpula, Individually and for Others Similarly Situated, stipulates that this action be dismissed without prejudice in favor of arbitration and with each party bearing that party's own attorney's fees and costs.

Dated: October 17, 2023.    Respectfully submitted,

**JOSEPHSON DUNLAP LLP**

By: */s/ Carl A. Fitz*
**Michael A. Josephson**
TX Bar No. 24014780
**Andrew W. Dunlap**
TX Bar No. 24078444
**Carl A. Fitz**
TX Bar No. 24105863
11 Greenway Plaza, Suite 3050
Houston, Texas 77046

1

<table>
<tr><td></td><td>
Phone: 713-352-1100<br>
Fax: 713-352-3300<br>
mjosephson@mybackwages.com<br>
adunlap@mybackwages.com<br>
cfitz@mybackwages.com<br>
<br>
**Richard J. (Rex) Burch**<br>
TX Bar No. 24001807<br>
**BRUCKNER BURCH PLLC**<br>
11 Greenway Plaza, Suite 3025<br>
Houston, Texas 77046<br>
Phone: 713-877-8788<br>
Fax: 713-877-8065<br>
rburch@brucknerburch.com
</td></tr>
</table>

| | |
|---|---|
| Jennifer L. McManus (P65976)<br>**FAGAN MCMANUS, PC**<br>25892 Woodward Avenue<br>Royal Oak, Michigan 58067-0910<br>248-542-6300 – Telephone<br>jmcmanus@faganlawpc.com<br><br>*Local Counsel for Plaintiff* | William C. (Clif) Alexander*<br>TX Bar No. 24064805<br>Austin W. Anderson*<br>TX Bar No. 24045189<br>**ANDERSON ALEXANDER PLLC**<br>101 N. Shoreline Blvd., Suite 610<br>Corpus Christi, Texas 78401<br>361-452-1279 – Telephone<br>361-452-1284 – Facsimile<br>clif@a2xlaw.com<br>austin@a2xlaw.com<br><br>*\* Pro hac vice applications forthcoming*<br><br>**ATTORNEYS FOR KUMPULA AND THE PUTATIVE CLASS MEMBERS** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 17th day of October 2023.

*/s/ Carl A. Fitz*
**Carl A. Fitz**

2